# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL L. WAGNER, )
)
      Plaintiff, )
)
      v. )      Civil Action No.  22-3776 (UNA)
)
UNITED STATES SOLICITOR )
GENERAL, )
)
      Defendant. )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a Complaint for Conspiracy to Interfere with Civil Rights, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring immediate dismissal of a case upon a determination that the complaint is frivolous).

Plaintiff, a resident of Redwood City, California, invokes 42 U.S.C. § 1985, which creates a private cause of action for damages where "two or more persons" conspire to interfere with a person's civil rights through statutorily proscribed conduct. But his one-page complaint names the U.S. Solicitor General, who cannot conspire alone, and is otherwise a collection of nonsensical words. Therefore, this case will be dismissed by separate order. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" may be dismissed as frivolous).

                                _____/s/_____
                                CHRISTOPHER R. COOPER

Date: January 26, 2023                 United States District Judge